1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   RAMON GARCIA-PEREZ

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) No. CR-S-09-127-WBS
                                  )
13          Plaintiff,            ) STIPULATION AND [~~PROPOSED~~] ORDER
                                  ) CONTINUING STATUS CONFERENCE
14     v.                         )
                                  )
15 RAMON GARCIA-PEREZ,            ) Date: May 26, 2009
                                  ) Time: 8:30 a.m.
16          Defendant.            ) Judge: William B. Shubb
   _____)

19      It is hereby stipulated between the parties, Michael Anderson,
20 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
21 Cusick, Assistant Federal Defender, attorney for defendant, RAMON
22 GARCIA-PEREZ, that the status conference hearing date of May 4, 2009 be
23 vacated and continued to May 26, 2009 at 8:30 a.m.
24      This continuance is requested as negotiations are continuing
25 between the parties and additional time is needed for defense
26 investigation.
27      It is further stipulated that the period from the date of this
28 stipulation through and including May 26, 2009 should be excluded

pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 30, 2009      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren D. Cusick
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
RAMON GARCIA-PEREZ

Dated: April 30, 2009      LAWRENCE G. BROWN
Acting United States Attorney

/s/ Lauren D. Cusick for
MICHAEL ANDERSON
Assistant U.S. Attorney
per telephonic authorization

**O R D E R**

The status conference is continued to May 26, 2009 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: April 30, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE